**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                                          Case No. **3:14-bk-873**

**GONZALEZ COLON, LUIS FRANCISCO & RODRIGUEZ RIOS, MARILYN**           Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **2/28/2014**                    ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION                Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **1** = $ **200.00**
$ **315.00** x **59** = $ **18,585.00**
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____
$ ____ x ____ = $ ____

TOTAL: $ **18,785.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ ____ x ____ = $ ____

PROPOSED BASE: $ **18,785.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **1,481.00**

Signed:  **/s/ LUIS FRANCISCO GONZALEZ COLON**
             Debtor

             **/s/ MARILYN RODRIGUEZ RIOS**
             Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☐ Trustee pays secured ARREARS:
Cr. _____  Cr. _____  Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____  Cr. _____  Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____  Cr. _____  Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**BMW FINANCIAL SE**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                     ☐ Paid 100% / ☐ Other: _____
Cr. _____  Cr. _____  Cr. _____
# _____   # _____   # _____
$ _____   $ _____   $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
1. DEBTORS WILL USE ALL FUTURE TAX REFUNDS TO FUND THE PLAN IN ADDITION TO THE PLAN'S MONTHLY PAYMENTS.
2. PRIORITY PAYMENT TO THE IRS IN THE AMOUNT OF $8,346.37.
3. PRIORITY PAYMENT TO THE PR DEPARTMENT OF TREASURY IN THE AMOUNT OF $2,960.54.
4. PRIORITY PAYMENT TO THE MUNICIPIO AUTONOMO DE CAGUAS IN THE AMOUNT OF $2,138.33.

Attorney for Debtor **LEON LANDRAU LAW OFFICES JOSE A. LEON LANDRAU**       Phone: **(787) 746-7979**

CHAPTER 13 PAYMENT PLAN

IN RE **GONZALEZ COLON, LUIS FRANCISCO & RODRIGUEZ RIOS, MARILYN**     Case No. **3:14-bk-873**

Debtor(s)

## CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | MR MANUEL ALVAR | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only