IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

LUIS FRANCISCO GONZALEZ COLON
MARILYN RODRIGUEZ RIOS

DEBTOR(S)

CASE NO.: 14-00873 BKT

CHAPTER 13

NOTICE

TO ALL CREDITORS AND INTERESTED

PARTIES NAMED IN THE ANNEXED LISTED:

Notice is hereby given that the 341 meeting in the instant case has been continued to **MAY 1ST 2014 AT 2:30 PM** in 341 MEETING ROOM, OCHOA BUILDING, TANCA STREET, 1st FLOOR, COMERCIO STREET ENTRANCE, OLD SAN JUAN, PUERTO RICO.

I hereby certify that on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties registered in the CM/ECF System. All other parties have been notified by the United States Postal mailing service.

In Caguas, Puerto Rico, on this 11th day of MARCH 2014.

/s/ **JOSE A. LEÓN LANDRAU, ESQ**.

JOSE A. LEÓN LANDRAU (131506)
Attorney for Debtor(s)
PO Box 1687
Caguas, Puerto Rico 00726
Phone: (787) 746-7979
Fax: (787) 744-4544