# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
### MEETING OF CREDITORS

In re:

LUIS FRANCISCO GONZALEZ COLON  Case No. 14-00873-BKT

MARILYN RODRIGUEZ RIOS     Chapter 13    Attorney Name:   JOSE A LEON LANDRAU*

| **I. Appearances** | | | |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [X] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |
| [ ] Prose | | | |
| [ ] Appearing: | | | |

**Date & Time:** 5/1/2014  1:29:00PM

[X] R    [ ] NR    LV: tbd

[ ] This is debtor(s) 0 Bankruptcy filing.

**Creditors:**

Emilio Miranda- UST
Julia Primero Miranda-Pro se

**II. Oath Administered**

[X] Yes     [ ] No

**III. Plan**

Date: 02/28/2014     Base: $18,785.00   Payments 2 made out of 2 due.

Confirmation Hearing Date:   7/31/2014  9:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$3,000.00 - $1,519.00 = $1,481.00

**IV. Status of Meeting**

[X] Closed     [ ] Not Held     [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current  [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

LUIS FRANCISCO GONZALEZ COLON          Case No.   14-00873-BKT

MARILYN RODRIGUEZ RIOS          Chapter 13          Attorney Name:   JOSE A LEON LANDRAU*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [X] Insufficiently funded | |
| [ ] Unfair discrimination | [ ] Tax returns missing |
| |   [ ] State  -  years |
| [ ] Fails disposable income | |
| [ ] Fails liquidation value test | [X] Federal  -  years 2010 and 2013 |
| [ ] Insuarence quote | |

**Pending/Items/ Documents:**

| | |
|---|---|
| [X] DSO Recipient's Information | [ ] Monthly reports for the months |
| [X] Evidence of being current with DSO | [ ] Public Liability Insurance |
| |   [ ] Premises |
| [X] Evidence of income | [ ] Vehicle(s): |
|  Mr. Gonzalez (1/30/2014 Dept. of Education) | [ ] Licenses issued by: |

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

**In re:**

| | |
|---|---|
| LUIS FRANCISCO GONZALEZ COLON | Case No. 14-00873-BKT |
| MARILYN RODRIGUEZ RIOS | Chapter 13    Attorney Name:    JOSE A LEON LANDRAU* |

**Trustee's objection to confirmation**

[X] Objection to Confirmation
[ ] Oral objection by creditor

1. Joint Debtor's wet signature is not in schedules, SOFA nor SCMI. Counsel alleges that the correct documents are at his office and that both debtors signed the docuements prior the filing. After some discussion, Mr. Gonzalez testified he signed some documents prior and other after the filing of the petition. Counsel, to the contrary alleges documents were signed prior the filing of the petition. This matter has to be clarified with the court. Additionally, Debtors should filed all documents filed with the wet signature and request that the signature be considered retroactive to the filing date 02-07-14.

2. As per Sch. "G" debtors ha a executory contract with Manuel Alvarado that will be assumed by debtors. The monthly payment of $850.00 disclosed in said Schedule was not included on Sch. "J". Debtors testified the rent is of $750. Provide copy of lease.

3. Provide IVU certification for Professional cousneling. Evidence profesional counseling income has not been submitted.(700.00) . I ask debtor a statement under penalty of perjury as to the income of counseling. This statement has to porvide a disclosure of all the income received on a monthly basis for the 6 months prior filing and February 2014.

3. Provide copy of contract with Janet Nieves and Lorraine Morales. They shere office space with Debtor and they paid for the office space used.

4. Sch, "J" discloses alimony payment of $232.00. Provide evidence that are being current with DSO's post payments and to provide the complete information of DSO's recipient (Maribel Aponte Colon).

5. Debtors disclosed 4 children ( 7yrs, 12 yrs, 16 yrs & 17 yrs) however, no expenses for education cost was included in Sch. "J".

6. Plan is insufficiently funded to pay priorities creditors.

7. Attorney, Angel Triana Lopez, represents debtor in a criminal proceeding which an appeal is in process. Debtor owed him approximately $2,438. This attorney has not been listed as creditor nor appointed as special counsel. If the debt will be paid directly, debtor has to inform how and who will pay it.

8. SOFA 14 Dodge Caravan, Wagberto Rivera. Vehicle used and paid by joint debtor. Also to list her interest over

**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

In re:

LUIS FRANCISCO GONZALEZ COLON               Case No.   14-00873-BKT

MARILYN RODRIGUEZ RIOS          Chapter 13   Attorney Name:   JOSE A LEON LANDRAU*

vehicle and provide evidence of lien and payoff balance.

9. Office expenses has not been disclosed in J.

10. Creditor informed that as per a deposition taken in January 2014. She alleges there are some discrepancies between the information provided by debtors in bankruptcy vs. the information provided in a deposition. Creditor will provide us copy of audio and transcript of deposition.

12. Debtor has a BMW under the name Luis M. Gonzalez Rodriguez, his father. The vehicle is paid partially by debtor's father and used by debtor.  Eliminate direct payment to BMW in plan.

13. UST requested bank statements for 1 year from personal and corporate account. Oriental/BBVA bank account.

14. To list corporation interest in schedule B.

The following party(ies) object(s) confirmation:

s/Osmarie Navarro                                       Date:   05/01/2014

Trustee/Presiding Officer                                                               (Rev. 05/13)